Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 9, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 9, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01017-CV

____________

 

IN RE JAMES YOST, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
November 15, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Eric Andell, sitting by
assignment for the 300th Judicial District Court of Brazoria County, to set
aside the temporary orders entered October 10, 2006.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM








 

Petition Denied and Memorandum
Opinion filed January 9, 2007.

Panel consists of Justices Anderson,
Hudson, and Fowler.